IN THE MATTER OF ROBERT W. HILL v. CITY OF CAMDEN
AND NEW JERSEY CIVIL SERVICE COMMISSION.

January 17, 1984.

Petition for certification denied. (See 190 *N.J.Super.* 418)

IN THE MATTER OF ROBERT W. HILL v. NEW JERSEY
DEPARTMENT OF DEFENSE.

January 17, 1984.

Petition for certification denied. (See 190 *N.J.Super.* 418)

STATE OF NEW JERSEY v. CARLO MARAMONTE.

January 17, 1984.

Petition for certification denied.

ROY PETERSEN v. BARBARA PETERSEN BERLIN.

January 17, 1984.

Petition for certification denied.